UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-02804-FWS-DFM | Date | February 13, 2026 |
|---|---|---|---|
| Title | Angel Garcia v. Georgina D Dorantes et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [18] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

                                                                    - ___ : ___ -

                                       Initials of Deputy Clerk    rrp

CC: