SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ANGEL GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>GEORGINA D DORANTES D/B/A QUALITY AUTO INSURANCE; and DOES 1 to 10,<br><br>                    Defendants. | **Case No.: 8:25-cv-02804-FWS-DFM**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ANGEL GARCIA ("Plaintiff") and Defendant GEORGINA D DORANTES D/B/A QUALITY AUTO INSURANCE stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\

Respectfully submitted,

DATED: February 18, 2026          SO. CAL. EQUAL ACCESS GROUP


By: ___/s/  Jason J. Kim_____
Jason J. Kim
Attorneys for Plaintiff


DATED: February 18, 2026


By: ___/s/ Georgina D. Dorantes_____
DEFENDANT, GEORGINA D DORANTES
D/B/A QUALITY AUTO INSURANCE

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: February 18, 2026          By: /s/ Jason J. Kim_____
Jason J. Kim

NOTICE OF SETTLEMENT OF ENTIRE CASE